IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00325-PAB-MEH

RICHARD B. OPP,

    Plaintiff,

v.

BRANNAN SAND AND GRAVEL, CO., LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2011.**

    Before the Court is Defendant Brannan Sand & Gravel Co., LLC's Motion to Compel [filed November 30, 2011; docket #19]. Plaintiff's response to the motion asserts that Plaintiff has provided all of the requested documents. (Docket #24.) Defendant's reply brief concedes that production is no longer necessary, but argues that Defendant is entitled to an award of reasonable expenses pursuant to Fed. R. Civ. P. 37(a)(5)(A). (Docket #26.)

    In light of the tendered discovery, Defendant's Motion to Compel is **denied as moot** under the self-executing provisions of Rule 37(a)(5)(A). Should the Defendant wish to seek an award of reasonable expenses, it shall do so in a separate motion. *See* D.C. Colo. LCivR 7.1C ("A motion shall not be included in a response or reply to the original motion.").